

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MICHAEL MONROE   )
Plaintiff(s)   )
   )   Civil Action No.   2:09cv411
V.   )
SISTERS OF SAINT FRANCES HEALTH   )
SERVICES, INC. dba St Margaret Mercy   )
Defendant(s)   )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   judgment is entered on behalf of defendant, Sisters of Saint Francis Health Services, Inc., d/b/a St Margaret Mercy and against plaintiff, Michael Monroe.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Andrew P. Rodovich   on a motion for   summary judgment.

| | |
|---|---|
| Date     July 11, 2012 | *CLERK OF COURT* |
| | /s/ RMNagy |
| | *Signature of Clerk or Deputy Clerk* |